# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| **ELLIS EUGENE ROYSTER, JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16cv128-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **FRANK L. PERRY,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2016 Order.

November 29, 2016

Frank G. Johns, Clerk
United States District Court